# EXHIBIT A

ELECTRONICALLY FILED
4/8/2026 10:35 AM
38-CV-2026-900202.00
CIRCUIT COURT OF
HOUSTON COUNTY, ALABAMA
CARLA H. WOODALL, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93  Rev. 9/25 | **COVER SHEET**<br>**CIRCUIT COURT -- CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>CV ☐☐☐☐ ☐☐☐☐ ☐☐-☐☐<br>Date of Filing:       Judge Code:<br>☐☐ ☐☐ ☐☐☐☐ ☐☐☐☐☐☐<br>Month  Day  Year |
|---|---|---|

**IN THE CIRCUIT COURT OF** _Houston County_ , **ALABAMA**
_(Name of County)_

_James Vatson_ v. _Hiwingo Limited, Jackpot 60, Relaxing Moonlight_
Plaintiff                         Defendant

**First Plaintiff** ☐ Business  ☒ Individual    **First Defendant** ☒ Business  ☐ Individual
☐ Government  ☐ Other                      ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ LORP - Limited Order of Relief
- ☒ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):  F ☒ INITIAL FILING        P ☐ APPEAL FROM PROBATE COURT:

A ☐ APPEAL FROM DISTRICT COURT        O ☐ OTHER: _____

**HAS JURY TRIAL BEEN DEMANDED?** ☒ YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P. for procedure)

**RELIEF REQUESTED:** ☒ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** ☐☐☐☐☐☐    _4-8-2026_        _James Vatson_
                    Date                    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☒ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐Yes ☐No

ELECTRONICALLY FILED
4/8/2026 10:35 AM
38-CV-2026-900202.00
CIRCUIT COURT OF
HOUSTON COUNTY, ALABAMA
CARLA H. WOODALL, CLERK

James M. Watson
200 Sweetwater Dr. Apt B27
Dothan, AL 36305
(334) 714-8632
Smilesarefree123@icloud.com

## IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

## TWENTIETH CIRCUIT COURT

| | |
|---|---|
| **James M. Watson** | Case No.:_____ |
| **Plaintiff,** | |
| vs. | **COMPLAINT FOR:** |
| | 1. BREACH OF CONTRACT |
| **Hiwingo Limited** | 2. NEGLIGENCE |
| Suite 3, 50 Hamlet Court Road, Office 3 | 3. UNJUST ENRICHMENT |
| Westcliff-on-Sea | 4. ALABAMA DECEPTIVE TRADE |
| Essex |     PRACTICES ACT |
| GB | 5. FRAUD/MISREPRESENTATION |
| SSO 7LX, | |
| | **REQUEST FOR JURY TRIAL** |
| **Jackpot Go** | |
| P.O. Box #8200 | |
| Manchester, NH 03108, | |
| | |
| **Relaxing Moonlight Games, Inc.** | **FILED** |
| 3237 East Guasti Road, Suite 310 | |
| Ontario, Ca 91761 | APR  8 2026 |
| **Defendants,** | *Carla Woodall* |
| | Carla Woodall, Clerk |
| | Houston County, AL |

Plaintiff, James Watson, proceeding pro se, files this Complaint against Defendants and states as follows:

## I. PARTIES

1.  Plaintiff James Watson is an adult resident of Houston County, Alabama.

COMPLAINT

2. Defendant Hiwingo Limited is a foreign business entity that conducts business in the United States, including Alabama, through online gaming services.

3. Defendant Relaxing Moonlight Games, Inc. is the acting payment agent in The United States for Hiwingo Limited.

4. Defendant Jackpot Go is an online gaming platform and trade name used by Defendants. Its true legal structure is currently unknown but will be substituted upon identification.

5. Defendants collectively conduct business in Alabama by offering online gaming services to Alabama residents, including Plaintiff.

## II. JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction pursuant to Alabama law because the amount in controversy exceeds $10,000.

7. This Court has personal jurisdiction over Defendants because they:
   o Conduct business in Alabama,
   o Transact with Alabama residents,
   o Purposefully avail themselves of this forum through online services.

8. Venue is proper in Houston County, Alabama because Plaintiff resides here and the harm occurred here.

## III. FACTUAL ALLEGATIONS

9. In or around Summer 2025, Plaintiff created and used an account with Defendants' online gaming platform after seeing advertisement on Facebook, Inc.

10. Plaintiff deposited approximately $8,000.00 into the platform.

11. Plaintiff successfully withdrew approximately $4,350.00 through prior transactions, establishing a course of dealing and expectation of payment.

12. Defendants represented through their platform that users in the State of Alabama were permitted to play, including by displaying a map identifying Alabama as an eligible jurisdiction (**Exhibit A**).

13. On or about October 22, 2025, Plaintiff participated in a game offered by Defendants.

COMPLAINT                                                    2

14. Dude gameplay, Plaintiff achieved a winning result consisting of three (3) "JACKPOT" symbols aligned across the reels ("jackpot–jackpot–jackpot") **(Exhibit B).**

15. At the time of Plaintiff's play, the game rules and display indicated that three jackpot symbols constituted a winning jackpot outcome, and did not require any additional condition, animation, or "blue light" effect.

16. The platform reflected winnings totaling $7,119,541.00 **(Exhibit B).**

17. Based on prior course of dealing, Plaintiff reasonably expected prompt payment.

18. After Plaintiff's win, Defendants initially directed Plaintiff to "redemption services", confirming the legitimacy of the win and payout process **(Exhibit C).**

19. Subsequently, Defendants reversed position and claimed that Plaintiff had not won because the reels allegedly "did not light up blue."

20. At no point prior to or during Plaintiff's gameplay did Defendants disclose that:

- A "blue light" animation was required for a valid win; or
- That "jackpot–jackpot–jackpot" would not constitute a jackpot unless additional undisclosed criteria were met.

21. Upon information and belief, after Plaintiff's winning event, Defendants modified or altered the game to state that:

- "jackpot–jackpot–jackpot" results in a bonus game, rather than a jackpot payout **(Exhibit D).**

22. This post-event modification constitutes an attempt to retroactively alter the rules governing Plaintiff's win.

23. Plaintiff attempted to withdraw the funds but was unable to do so.

24. Plaintiff contacted Defendants repeatedly and received inconsistent and unsupported explanations.

25. Plaintiff, in a good faith effort to resolve this matter without court intervention, submitted a formal demand for resolution to Defendants. Said demand was received and acknowledged by Defendants' legal department **(Exhibit E).** Despite confirmation of receipt, Defendants failed to respond in any manner, failed to engage in settlement discussions, and failed to provide any resolution for a period exceeding ninety (90) days. Defendants' complete lack of response demonstrates a refusal to participate in good faith resolution and necessitated the filing of this action.

26. Defendants have failed to provide:

A clear rule supporting denial,

- Any pre-existing disclosure of the "blue light" requirement,
- Any legitimate basis for refusing payment.

26. Defendants have retained control over Plaintiff's winnings and funds.
27. Plaintiff has suffered substantial financial harm as a direct result.

## IV. CAUSES OF ACTION

## COUNT I – BREACH OF CONTRACT

28. Plaintiff incorporates all prior paragraphs.
29. A valid contract existed between Plaintiff and Defendants through the platform's terms and participation.
30. Plaintiff performed all obligations required.
31. Defendants breached the agreement by failing to pay earned winnings.
32. Defendants materially breached the contract by retroactively altering game rules and applying undisclosed conditions to deny payment
33. Plaintiff suffered damages in the amount of $7,119,541.00, plus additional losses.

## COUNT II – NEGLIGENCE

28. Plaintiff incorporates all prior paragraphs.
29. Defendants owed a duty to operate their platform in a fair and reasonable manner.
30. Defendants breached that duty by:

- Failing to properly credit winnings,
- Failing to process withdrawals,

COMPLAINT

4

- Mishandling Plaintiff's account.

31. This breach caused Plaintiff financial harm.

## COUNT III – UNJUST ENRICHMENT

32. Plaintiff incorporates all prior paragraphs.
33. Defendants have retained money and value belonging to Plaintiff.
34. It would be unjust for Defendants to retain these benefits without payment.

## COUNT IV – ALABAMA DECEPTIVE TRADE PRACTICES ACT (ADTPA)

35. Plaintiff incorporates all prior paragraphs.
36. Defendants engaged in deceptive acts, including

- Representing that winnings would be paid (Attachment A),
- Failing to honor advertised outcomes (Attachment B),
- Misleading Plaintiff regarding account activity.

37. These actions violate the Alabama Deceptive Trade Practices Act, Ala. Code § 8-19-1, et seq.
38. Plaintiff is entitled to damages, including statutory remedies where applicable.

## V. DAMAGES

39. Plaintiff has suffered:

- Direct financial loss: $7,119,541.00
- Additional incidental and consequential damages to

40. Plaintiff seeks:

- Compensatory damages
- Punitive damages (where allowed)

COMPLAINT

- Costs of court
- Any further relief the Court deems just

## VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Plaintiff respectfully request that this court deny or waive any requirement for mediation or alternative dispute, resolution, as defendants have already been provided ample opportunity to resolve this matter pre-suit, including receipt and acknowledgment of plaintiffs demand, yet failed and refused to respond or engage in good faith.
2. Enter judgment against Defendants jointly and severally;
3. Award damages in the amount of $7,119,541.00;
4. Award additional compensatory and punitive damages;
5. Award court costs;
6. Grant any further relief deemed appropriate.

Respectfully submitted,

On April 8th, of 2026.

_____
James M. Watson

**COMPLAINT**

# EXHIBIT A

COMPLAINT

# EXHIBIT B



# EXHIBIT C



# EXHIBIT D

COMPLAINT

# EXHIBIT E

Customer Service

02:49

X





Dear player, our legal counsel has received your notice. All further communication regarding this matter will be handled by our legal department. This customer service channel is now closed.

Please take a moment to rate your experience with our customer service. Your feedback helps us improve and serve you better!

COMPLAINT

16



AlaFile E-Notice

38-CV-2026-900202.00

To:  HIWINGO LIMITED
     SUITE 3 50 HAMLET COURT RD, OFFICE 3
     WESTCLIFF-ON-SEA
     ESEX, AL, 36301

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

JAMES WATSON V. HIWINGO LIMITED ET AL
38-CV-2026-900202.00

The following complaint was FILED on 4/8/2026 10:46:54 AM

Notice Date:     4/8/2026 10:46:54 AM

CARLA H. WOODALL
CIRCUIT COURT CLERK
HOUSTON COUNTY, ALABAMA
P.O. DRAWER 6406
DOTHAN, AL, 36302

334-677-4859





AlaFile E-Notice

38-CV-2026-900202.00

To: JACKPOT GO
PO BOX 8200
MANCHESTER, NH, 03108

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

JAMES WATSON V. HIWINGO LIMITED ET AL
38-CV-2026-900202.00

The following complaint was FILED on 4/8/2026 10:46:54 AM

Notice Date:     4/8/2026 10:46:54 AM

CARLA H. WOODALL
CIRCUIT COURT CLERK
HOUSTON COUNTY, ALABAMA
P.O. DRAWER 6406
DOTHAN, AL, 36302

334-677-4859



AlaFile E-Notice

38-CV-2026-900202.00

To:  RELAXING MOONLIGHT GAMES, INC.
     3237 E GUASTI ROAD
     SUITE 310
     ONTARIO, CA, 91761

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

JAMES WATSON V. HIWINGO LIMITED ET AL
38-CV-2026-900202.00

The following complaint was FILED on 4/8/2026 10:46:54 AM

Notice Date:     4/8/2026 10:46:54 AM

CARLA H. WOODALL
CIRCUIT COURT CLERK
HOUSTON COUNTY, ALABAMA
P.O. DRAWER 6406
DOTHAN, AL, 36302

334-677-4859

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2024 | SUMMONS<br><br>- CIVIL - | Court Case Number<br>38-CV-2026-900202.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA COUNTY, ALABAMA
### JAMES WATSON V. HIWINGO LIMITED ET AL

**NOTICE TO:** HIWINGO LIMITED, SUITE 3 50 HAMLET COURT RD, OFFICE 3 WESTCLIFF-ON-SEA, ESEX, AL 36301

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAMES WATSON
_____,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 200 SWEETWATER DR APT. B27, DOTHAN, AL 36305 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

JAMES WATSON
*[Name(s)]*

| 04/08/2026 | /s/ CARLA H. WOODALL | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ JAMES WATSON
_____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
_____ in _____ County, Alabama on _____ .

*(First and Last Name of Person Served)*        *(Name of County)*        *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
_____ in _____ County, Alabama on _____ who is:

*(First and Last Name of Person Served)*        *(Name of County)*        *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

_____  _____  _____
*(Type of Process Server)*  *(Server's Signature)*  *(Address of Server)*

_____  _____
*(Badge or Precinct Number of Sheriff or Constable)*  *(Server's Printed Name)*

_____  _____
*(Badge or Precinct Number of Sheriff or Constable)*  *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2024 | SUMMONS<br>- CIVIL - | Court Case Number<br>38-CV-2026-900202.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA COUNTY, ALABAMA
## JAMES WATSON V. HIWINGO LIMITED ET AL

**NOTICE TO:** JACKPOT GO, PO BOX 8200, MANCHESTER, NH 03108

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAMES WATSON ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 200 SWEETWATER DR APT. B27, DOTHAN, AL 36305 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

JAMES WATSON
*[Name(s)]*

| 04/08/2026 | /s/ CARLA H. WOODALL | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ JAMES WATSON
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on .

*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to

in County, Alabama on .

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by

in County, Alabama on who is:

*(First and Last Name of Person Served)*    *(Name of County)*    *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)*    *(Telephone Number of Designated Process Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2024 | SUMMONS<br>- CIVIL - | Court Case Number<br>38-CV-2026-900202.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA COUNTY, ALABAMA
### JAMES WATSON V. HIWINGO LIMITED ET AL

**NOTICE TO:** RELAXING MOONLIGHT GAMES, INC., 3237 E GUASTI ROAD SUITE 310, ONTARIO, CA 91761

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAMES WATSON
,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 200 SWEETWATER DR APT. B27, DOTHAN, AL 36305 .
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of pursuant to the Alabama Rules of the Civil Procedure.

JAMES WATSON
*[Name(s)]*

| 04/08/2026 | /s/ CARLA H. WOODALL | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ JAMES WATSON
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

*Certified Mail*

☐ Return receipt of certified mail received in this office on .
*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to
in County, Alabama on .
*(First and Last Name of Person Served)* — *(Name of County)* — *(Date)*

Document left:

☐ with above-named Defendant;

☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was returned- Not Found

☐ I certify that service of process of this Summons and the Complaint or other document was refused by
in County, Alabama on who is:
*(First and Last Name of Person Served)* — *(Name of County)* — *(Date)*

☐ the above-named Defendant;

☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

*(Type of Process Server)* — *(Server's Signature)* — *(Address of Server)*

*(Badge or Precinct Number of Sheriff or Constable)* — *(Server's Printed Name)*

*(Badge or Precinct Number of Sheriff or Constable)* — *(Telephone Number of Designated Process Server)*

James M. Watson
200 Sweetwater Dr. Apt B27
Dothan, AL 36305
(334) 714-8632
Smilesarefree123@icloud.com

## IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

### TWENTIETH CIRCUIT COURT

Case No.: CV2026-900202

**James M. Watson**

      **Plaintiff,**

vs.

**Hiwingo Limited**
Suite 3, 50 Hamlet Court Road, Office 3
Westcliff-on-Sea
Essex
GB
SSO 7LX,

**Jackpot Go**
P.O. Box #8200
Manchester, NH 03108,

**Relaxing Moonlight Games, Inc.**
3237 East Guasti Road, Suite 310
Ontario, Ca 91761

      **Defendants,**

**COMPLAINT FOR:**
    **1. BREACH OF CONTRACT**
    **2. NEGLIGENCE**
    **3. UNJUST ENRICHMENT**
    **4. ALABAMA DECEPTIVE TRADE**
       **PRACTICES ACT**
    **5. FRAUD/MISREPRESENTATION**

**REQUEST FOR JURY TRIAL**

**FILED**

APR - 8 2026

Carla Woodall
Carla Woodall, Clerk
Houston County, AL

Plaintiff, James Watson, proceeding pro se, files this Complaint against Defendants and states as follows:

## I. PARTIES

1. Plaintiff James Watson is an adult resident of Houston County, Alabama.

2. Defendant Hiwingo Limited is a foreign business entity that conducts business in the United States, including Alabama, through online gaming services.

3. Defendant Relaxing Moonlight Games, Inc. is the acting payment agent in The United States for Hiwingo Limited.

4. Defendant Jackpot Go is an online gaming platform and trade name used by Defendants. Its true legal structure is currently unknown but will be substituted upon identification.

5. Defendants collectively conduct business in Alabama by offering online gaming services to Alabama residents, including Plaintiff.

## II. JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction pursuant to Alabama law because the amount in controversy exceeds $10,000.

7. This Court has personal jurisdiction over Defendants because they:
   o Conduct business in Alabama,
   o Transact with Alabama residents,
   o Purposefully avail themselves of this forum through online services.

8. Venue is proper in Houston County, Alabama because Plaintiff resides here and the harm occurred here.

## III. FACTUAL ALLEGATIONS

9. In or around Summer 2025, Plaintiff created and used an account with Defendants' online gaming platform after seeing advertisement on Facebook, Inc.

10. Plaintiff deposited approximately $8,000.00 into the platform.

11. Plaintiff successfully withdrew approximately $4,350.00 through prior transactions, establishing a course of dealing and expectation of payment.

12. Defendants represented through their platform that users in the State of Alabama were permitted to play, including by displaying a map identifying Alabama as an eligible jurisdiction (**Exhibit A**).

13. On or about October 22, 2025, Plaintiff participated in a game offered by Defendants.

14. Dude gameplay, Plaintiff achieved a winning result consisting of three (3) "JACKPOT" symbols aligned across the reels ("jackpot–jackpot–jackpot") **(Exhibit B).**

15. At the time of Plaintiff's play, the game rules and display indicated that three jackpot symbols constituted a winning jackpot outcome, and did not require any additional condition, animation, or "blue light" effect.

16. The platform reflected winnings totaling $7,119,541.00 **(Exhibit B).**

17. Based on prior course of dealing, Plaintiff reasonably expected prompt payment.

18. After Plaintiff's win, Defendants initially directed Plaintiff to "redemption services", confirming the legitimacy of the win and payout process **(Exhibit C).**

19. Subsequently, Defendants reversed position and claimed that Plaintiff had not won because the reels allegedly "did not light up blue."

20. At no point prior to or during Plaintiff's gameplay did Defendants disclose that:

- A "blue light" animation was required for a valid win; or
- That "jackpot–jackpot–jackpot" would not constitute a jackpot unless additional undisclosed criteria were met.

21. Upon information and belief, after Plaintiff's winning event, Defendants modified or altered the game to state that:

- "jackpot–jackpot–jackpot" results in a bonus game, rather than a jackpot payout **(Exhibit D).**

22. This post-event modification constitutes an attempt to retroactively alter the rules governing Plaintiff's win.

23. Plaintiff attempted to withdraw the funds but was unable to do so.

24. Plaintiff contacted Defendants repeatedly and received inconsistent and unsupported explanations.

25. Plaintiff, in a good faith effort to resolve this matter without court intervention, submitted a formal demand for resolution to Defendants. Said demand was received and acknowledged by Defendants' legal department **(Exhibit E).** Despite confirmation of receipt, Defendants failed to respond in any manner, failed to engage in settlement discussions, and failed to provide any resolution for a period exceeding ninety (90) days. Defendants' complete lack of response demonstrates a refusal to participate in good faith resolution and necessitated the filing of this action.

26. Defendants have failed to provide:

A clear rule supporting denial,

- Any pre-existing disclosure of the "blue light" requirement,
- Any legitimate basis for refusing payment.

26. Defendants have retained control over Plaintiff's winnings and funds.

27. Plaintiff has suffered substantial financial harm as a direct result.

## IV. CAUSES OF ACTION

## COUNT I – BREACH OF CONTRACT

28. Plaintiff incorporates all prior paragraphs.

29. A valid contract existed between Plaintiff and Defendants through the platform's terms and participation.

30. Plaintiff performed all obligations required.

31. Defendants breached the agreement by failing to pay earned winnings.

32. Defendants materially breached the contract by retroactively altering game rules and applying undisclosed conditions to deny payment

33. Plaintiff suffered damages in the amount of $7,119,541.00, plus additional losses.

## COUNT II – NEGLIGENCE

28. Plaintiff incorporates all prior paragraphs.

29. Defendants owed a duty to operate their platform in a fair and reasonable manner.

30. Defendants breached that duty by:

- Failing to properly credit winnings,
- Failing to process withdrawals,

COMPLAINT

- Mishandling Plaintiff's account.

31. This breach caused Plaintiff financial harm.

## COUNT III – UNJUST ENRICHMENT

32. Plaintiff incorporates all prior paragraphs.
33. Defendants have retained money and value belonging to Plaintiff.
34. It would be unjust for Defendants to retain these benefits without payment.

## COUNT IV – ALABAMA DECEPTIVE TRADE PRACTICES ACT (ADTPA)

35. Plaintiff incorporates all prior paragraphs.
36. Defendants engaged in deceptive acts, including

- Representing that winnings would be paid (Attachment A),
- Failing to honor advertised outcomes (Attachment B),
- Misleading Plaintiff regarding account activity.

37. These actions violate the Alabama Deceptive Trade Practices Act, Ala. Code § 8-19-1, et seq.
38. Plaintiff is entitled to damages, including statutory remedies where applicable.

## V. DAMAGES

39. Plaintiff has suffered:

- Direct financial loss: $7,119,541.00
- Additional incidental and consequential damages to

40. Plaintiff seeks:

- Compensatory damages
- Punitive damages (where allowed)

COMPLAINT

- Costs of court
- Any further relief the Court deems just

## VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Plaintiff respectfully request that this court deny or waive any requirement for mediation or alternative dispute, resolution, as defendants have already been provided ample opportunity to resolve this matter pre-suit, including receipt and acknowledgment of plaintiffs demand, yet failed and refused to respond or engage in good faith.
2. Enter judgment against Defendants jointly and severally;
3. Award damages in the amount of $7,119,541.00;
4. Award additional compensatory and punitive damages;
5. Award court costs;
6. Grant any further relief deemed appropriate.

Respectfully submitted,

On April 8th, of 2026.

_____
James M. Watson

COMPLAINT

DOCUMENT 5

# EXHIBIT A

COMPLAINT



# EXHIBIT B



# EXHIBIT C



# EXHIBIT D



DOCUMENT 5

# EXHIBIT E

Customer Service

02:49

Dear player, our legal counsel has received your notice. All further communication regarding this matter will be handled by our legal department. This customer service channel is now closed.

Please take a moment to rate your experience with our customer service. Your feedback helps us improve and serve you better!

**SENDER COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jackpot Go
PO Box 8200
Manchester, NH 03108

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 9328 5002 9513 92

2. Article Number (Transfer from service label)

9589 0710 5270 3683 2618 64

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

CV26-900202-D2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Relaxing Moonlight Games, Inc.
3231 E. Guasti Rd
Ontario, CA 91761

9590 9402 9328 5002 9513 78

2. Article Number (Transfer from service label)

9589 0710 5270 3683 2617 41

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

CV2690302 - D3

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

James. M. Watson
200 Sweetwater Dr. Apt. B27
Dothan, Al 36305
(334) 714-8632
Smilesarefree123@icloud.com

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA TWENTIETH CIRCUIT COURT

JAMES WATSON

          Plaintiff,

vs.

**Hiwingo Limited**
Suite 3, 50 Hamlet Court Road, Office 3
Westcliff-on-Sea
Essex
GB
SSO 7LX

**Jackpot Go**
P.O. Box #8200
Manchester, NH 03108

**Relaxing Moonlight Games, Inc.**
3237 East Guasti Road, suite 310, Ontario, CA 91761

       **Defendants,**

Case No.: CV2026.900202

- **Notice of Voluntary Dismissal (as to that defendant only)** Under Alabama Rule of Civil Procedure 41(a)

**FILED**

APR 2 8 2026

*Carla Woodall*
Carla Woodall, Clerk
Houston County, AL

Plaintiff, **James Watson,** land hereby gives notice of voluntary dismissal of one Defendant pursuant to **Alabama Rule of Civil Procedure 41(a)**. Plaintiff hereby voluntarily dismisses the following Defendant from this action:

**Defendant: RELAXING MOONLIGHT GAMES, INC.**

This dismissal is **without prejudice** and applies only to the above-named Defendant. This Notice does not affect or dismiss any claims against any remaining Defendants in this action, including but not limited to Hiwingo Limited and Jackpot Go. Plaintiff reserves all rights, claims, and causes of action against all remaining Defendants.

Respectfully submitted this 20th day of April 2026.

_____
James Watson, Pro se

NOTICE OF VOLUNTARY DISMISSAL (AS TO THAT DEFENDANT ONLY)  1



AlaFile E-Notice

38-CV-2026-900202.00

Judge: M. JOHN STEENSLAND III

To:   JAMES  MATTHEW WATSON
      Smilesarefree123@icloud.com

---

# COURTESY NOTICE

---

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

JAMES WATSON V. HIWINGO LIMITED ET AL
38-CV-2026-900202.00

The following matter was FILED on 4/20/2026 4:18:12 PM

PLAINTIFF'S MOTION OF VOLUNTARY DISMISSAL OF DEFENDANT RELAXING MOONLIGHT
GAMES, INC.

[Filer: PRO SE]

Notice Date:        4/20/2026 4:18:12 PM

This copy is being provided as a courtesy copy only. Providing this copy is not required by law and is not intended to constitute service.

CARLA H. WOODALL
CIRCUIT COURT CLERK
HOUSTON COUNTY, ALABAMA
P.O. DRAWER 6406
DOTHAN, AL, 36302

334-677-4859

ELECTRONICALLY FILED
4/21/2026 3:10 PM
38-CV-2026-900202.00
CIRCUIT COURT OF
HOUSTON COUNTY, ALABAMA
CARLA H. WOODALL, CLERK

### IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

| | |
|---|---|
| WATSON JAMES, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.:    CV-2026-900202.00 |
| | ) |
| HIWINGO LIMITED, | ) |
| JACKPOT GO, | ) |
| RELAXING MOONLIGHT GAMES, INC., | ) |
| Defendants. | ) |

### ORDER

PLAINTIFF'S MOTION OF VOLUNTARY DISMISSAL OF DEFENDANT RELAXING MOONLIGHT GAMES, INC. filed by WATSON JAMES is hereby GRANTED.


**DONE this 21st day of April, 2026.**

**/s/ M. JOHN STEENSLAND III**
**CIRCUIT JUDGE**



AlaFile E-Notice

38-CV-2026-900202.00

Judge: M. JOHN STEENSLAND III

To:   JAMES  MATTHEW WATSON
      Smilesarefree123@icloud.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

JAMES WATSON V. HIWINGO LIMITED ET AL
38-CV-2026-900202.00

A court action was entered in the above case on 4/21/2026 3:10:15 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          JJS

Notice Date:    4/21/2026 3:10:15 PM

CARLA H. WOODALL
CIRCUIT COURT CLERK
HOUSTON COUNTY, ALABAMA
P.O. DRAWER 6406
DOTHAN, AL, 36302

334-677-4859





AlaFile E-Notice

38-CV-2026-900202.00

Judge: M. JOHN STEENSLAND III

To:   HIWINGO LIMITED (PRO SE)
      SUITE 3 50 HAMLET COURT R
      WESTCLIFF-ON-SEA
      ESEX, AL, 36301-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

JAMES WATSON V. HIWINGO LIMITED ET AL
38-CV-2026-900202.00

A court action was entered in the above case on 4/21/2026 3:10:15 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JJS

Notice Date:     4/21/2026 3:10:15 PM

CARLA H. WOODALL
CIRCUIT COURT CLERK
HOUSTON COUNTY, ALABAMA
P.O. DRAWER 6406
DOTHAN, AL, 36302

334-677-4859



AlaFile E-Notice

38-CV-2026-900202.00

Judge: M. JOHN STEENSLAND III

To:  JACKPOT GO (PRO SE)
PO BOX 8200
MANCHESTER, NH, 03108-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

JAMES WATSON V. HIWINGO LIMITED ET AL
38-CV-2026-900202.00

A court action was entered in the above case on 4/21/2026 3:10:15 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JJS

Notice Date:     4/21/2026 3:10:15 PM

CARLA H. WOODALL
CIRCUIT COURT CLERK
HOUSTON COUNTY, ALABAMA
P.O. DRAWER 6406
DOTHAN, AL, 36302

334-677-4859



AlaFile E-Notice

38-CV-2026-900202.00

Judge: M. JOHN STEENSLAND III

To: RELAXING MOONLIGHT GAMES, INC. (PRO SE)
3237 E GUASTI ROAD
SUITE 310
ONTARIO, CA, 91761-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

JAMES WATSON V. HIWINGO LIMITED ET AL
38-CV-2026-900202.00

A court action was entered in the above case on 4/21/2026 3:10:15 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JJS

Notice Date:     4/21/2026 3:10:15 PM

CARLA H. WOODALL
CIRCUIT COURT CLERK
HOUSTON COUNTY, ALABAMA
P.O. DRAWER 6406
DOTHAN, AL, 36302

334-677-4859



CARLA H. WOODALL
HOUSTON COUNTY CIRCUIT CLERK
P.O. DRAWER 6406
DOTHAN, ALABAMA 36302

RETURN RECEIPT REQUESTED

RETURN RECEIPT REQUESTED



To: RELAXING MOONLIGHT GAMES, INC.
3237 E GUASTI ROAD
SUITE 310
ONTARIO, CA. 91761

FILED
APR 2 1 2026
Carla Woodall, Clerk
Houston County, AL.

NIXIE    910    62    18CU    7204/15/

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

9589 0710 5270 3683 2617 41





Retail

U.S. PO:
FCM LG
DOTHAN
APR 08,

91761
$12.
S2322P5

RDC 99

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Relaxing Moonlight Games, Inc.
3231 E. Guasti Rd
Ontario, CA 91761

9590 9402 9328 5002 9513 78

2. Article Number (Transfer from service label)

9589 0710 5270 3683 2617 41

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

CV2CAW207-D3

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



AlaFile E-Notice

38-CV-2026-900202.00

Judge: M. JOHN STEENSLAND III

To:   JAMES  MATTHEW WATSON
       Smilesarefree123@icloud.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

JAMES WATSON V. HIWINGO LIMITED ET AL
38-CV-2026-900202.00

The following matter was not served on 4/21/2026

**D003 RELAXING MOONLIGHT GAMES, INC.**

**Corresponding To**

OTHER

NOT DELIVERABLE AS ADDRESSED

CARLA H. WOODALL
CIRCUIT COURT CLERK
HOUSTON COUNTY, ALABAMA
P.O. DRAWER 6406
DOTHAN, AL, 36302

334-677-4859