# EXHIBIT D



| User ID | Account Email | | Registration time | state | Nick name | | | | | | | | | Last login date | Last login version | nation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 150042832 | smilesarefree123@icloud.com | | 2025-09-13 16:54:58 | freeze | M | | | | | | | | | 20260511 | 40 | US |