**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| JAMES M. WATSON, | |
| *Plaintiff*, | |
| v. | Case No. 1:26-CV-00375-BL-SMD |
| HIWINGO LTD., et al. | |
| *Defendants*. | |

**LOCAL RULE 7.1 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1**
**DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Jackpot Go certifies as follows:

1.      "Jackpot Go" is a brand name associated with Defendant Hiwingo Ltd.'s online social gaming platform.

2.      Defendant Jackpot Go is not a separate entity and has no separate legal existence from Hiwingo Ltd.

3.      Defendant Jackpot Go therefore no disclosures to make under either Local Rule 7.1 or Federal Rule of Civil Procedure 7.1.

Dated: May 20, 2026                 */s/ Forrest S. Latta*
                                    Forrest S. Latta (LATTF0526)
                                    Gerald P. Gillespy (GILLG3726)

                                    **BURR & FORMAN LLP**
                                    11 N. Water Street, Suite 22200

Mobile, AL 36602
Tel: (251) 344-5151
Fax: (251) 344-9696
Email: flatta@burr.com

420 North 20th Street
Suite 3400
Birmingham, AL 35203
Tel: (205) 251-3000
Fax: (205) 458-5100
Email: ggillespy@burr.com

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 20th day of May, 2026, I caused the foregoing Local Rule 7.1 and Federal Rule of Civil Procedure 7.1 Disclosure Statement to be filed via the Court's electronic filing system, which will transmit a notice of electronic filing to all counsel of record. I further certify that I served a true and correct copy of the same to all parties not participating in the Court's electronic filing system via first-class U.S. Mail to the following:

James M. Watson
200 Sweetwater Dr. Apt B27
Dothan, AL 36305
Smilesarefree123@icloud.com

*Pro se Plaintiff*

*/s/ Forrest S. Latta*
Forest S. Latta

*Counsel for Defendants*