# EXHIBIT A1

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION  - 14



**Exhibit A1.** Screenshot of the win from plaintiff's phone