# EXHIBIT B1

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION  - 16

**October 28, 2025**
8:42 AM

Customer Service

How can we help you?

I want to how to redeem the jackpot that I won. It was $7,119,541.00 at the time of my winning. Thanks.

Hi! Sorry to hear that you're having concerns with your redemption. I'll transfer you to our redemption specialist now, and they'll assist you shortly. In the meantime, please feel free to provide more details about your redemption issue so that our agent can resolve it more efficiently.

EXHIBIT B1:  Customer Service acknowledges win and sends me

to redemption services

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION  - 17