# EXHIBIT C1

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION  - 18

## October 28, 2025
### 8:44 AM

Customer Service

Hi Player,

If the frame lights up blue, it indicates a win  If it does not light up blue, it means there is no win

The screenshot you provided does not show the lights being on

If you have any further questions, feel free to contact us. Thank you.

**Exhibit C1**

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION  - 19