# EXHIBIT D1-D2

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION  - 20



ATTORNEYS AT LAW

December 15, 2025

JACKPOT GO, General Counsel
Hiwingo Limited
Relaxing Moonlight Games, Inc.
3237 East Guasti Road, Suite 310
Ontario CA 91761

Jackpot Go, General Counsel
P.O. Box #8200
Manchester, NH 03108

   RE: **Mr. James Watson**
      **Unpaid Earned Balance; $7,119,541.00**

Dear Counsel:

I have been retained to represent Mr. James Watson ("Mr. Watson") regarding his business dealings with Jackpot Go, Hiwingo Limited and Relaxing Moonlight Games, Inc. (collectively "Jackpot Go"). It is my practice to provide any potential defendant an opportunity to review and evaluate the facts and law prior to initiating litigation. It is always my preference to pursue an amicable resolution of disputes prior to engaging in adversarial proceedings. If Jackpot Go is interested in this possibility, please contact me immediately. You may also have your insurer or attorney contact me. Please do not attempt to contact my client directly.

During the Summer 2025, Mr. Watson established a business relationship with Jackpot Go. Since initially establishing an account and participating in Jackpot Go's offerings, Mr. Watson has deposited the total amount of $10,360.00 to his account. He has successfully withdrawn the total amount of $4,350.00. These withdrawals were paid in five separate transactions. Based on his previous experiences, withdrawals have been posted to his Venmo or Paypal accounts within five hours. The outstanding balance owed to Mr. Watson that has been requested to be paid is

# Exhibit D1

General Counsel
December 15, 2025
Page Two

$7,119,541.00. This amount has neither been credited to Mr Watson's account nor paid to Mr Watson.

The transaction in question occurred on October 22, 2025. As he had done in the past, Mr Watson participated in the services offered to the public by Jackpot Go. Specifically, he operated an online game offered by Jackpot Go. Mr. Watson's efforts resulted in a reel landing three single jackpots in a row. The winning table for this result reflects Mr Watson earned $7,119,541.00. Based upon Mr Watson's previous experience with Jackpot Go, he should have been paid immediately. Jackpot Go failed to pay Mr Watson the amount he was owed, and he was unable to withdraw the amount owed to him.

Mr. Watson immediately contacted customer support and was referred to redemption services. He was advised that an investigation would be conducted regarding the nonpayment. Jackpot Go subsequently informed Mr Watson that he had not earned the $7,119,541.00 for undisclosed reasons. Mr. Watson has contacted Jackpot Go many times to no avail. To date, Mr. Watson has not received a satisfactory explanation or been paid the amount owed to him by Jackpot Go

The service provided by Jackpot Go to Mr. Watson was not performed as agreed. Jackpot Go breached its agreement with Mr. Watson. Jackpot Go was negligent in rendering agreed upon services to Mr. Watson. Jackpot Go's negligence caused substantial losses to Mr. Watson. He has unsuccessfully attempted to address this matter with Jackpot Go. As a last resort before litigation, Mr. Watson would like to amicably resolve this serious matter and his unfortunate losses.

I believe we can amicably resolve this claim. Please review your records, and contact me at your earliest convenience. If you prefer, I will be glad to discuss the claim with your attorney or insurer. Please do not contact Mr. Watson directly.

Sincerely,

cc: Mr. James Watson

# Exhibit D2