# EXHIBIT E1

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION  - 23

‹    **January 19**
5:16 PM    •••

Customer Service

✕

Dear player, we have received your legal notice and will forward it to our Risk Control
Department for review. After a comprehensive investigation, the Risk Control Department will
make the final decision regarding your account

# Exhibit E1

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION  - 24