# EXHIBIT F1

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION  - 25



**Exhibit F1** – defendants new pay-table change after

defendants made aware of winnings dispute.



Above illustration is a reminder of original paytable

And placed here to help compare before and after.

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION  - 26

| Header Title | PRIZE POOL | JACKPOT | Major wording change. One references a pooled prize system; the other expressly identifies a jackpot prize. |
|---|---|---|---|
| Displayed Amount | 1,000,000.00 SC | 7,119,541.00 SC | Different prize values shown. |
| Win Table - Top Combination | Three Jackpot symbols = **BONUS GAME** | Three Jackpot symbols = **JACKPOT** | This is the most significant difference visible in the images. |
| Pay-table Language | Explicitly says "BONUS GAME" beside three Jackpot symbols | Explicitly says "JACKPOT" beside three Jackpot symbols | Direct contradiction between screenshots. |
| Winning Line Result | Three stars appear on pay-line | Three Jackpot symbols appear on pay-line | Different outcomes shown. |
| Screen Purpose | Appears to illustrate normal game play and prize pool | Appears to illustrate jackpot-winning outcome | Different representations of the game. |
| Top Display Branding | "PRIZE POOL" branding | "JACKPOT" branding | Different terminology presented to player. |

**Exhibit F2:** chart to compare both pay-tables.