# EXHIBIT G1

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION   - 28

Sunday • Jan 18, 2026 • 3:28 PM                    Adjust

IMG_2918

**Screenshot**

No lens information

3 MP · 2868 × 1320 · 2.8 MB

**Exhibit G1**: plaintiff's account frozen

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION  - 29