# EXHIBIT H1

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION  - 30

**November 26, 2025**
**12:51AM**

**12:51 ♠**  .ıl ▰ ●

THESE Terms of Services OR YOUR USER ACCOUNT FOR ANY REASON.

## 20. Applicable Law and Jurisdiction

**20.1**   Governing Law. Subject to the Arbitration Agreement contained in Section 17, which is governed by the Federal Arbitration Act, the parties agree that these Terms and the related Service are governed by and shall be construed in accordance with the laws of the Delaware without regard to its principles of conflicts of law.

**20.2**   Exclusive Forum. Subject to the Arbitration Agreement contained in Section 15, the parties agree that any dispute, controversy, or claim arising out of or in connection with these Terms, or the breach, termination or invalidity of these Terms, will be submitted exclusively to state or federal courts in Delaware, and You and we consent to the venue and personal jurisdiction of those courts. Notwithstanding the foregoing, any motion to compel arbitration or to enforce an arbitral award issued hereunder may be brought before any court of competent jurisdiction.

        **jackpotgo.com**

**EXHIBIT H1:** Screenshot of Defendant's website showing

original agreement verbiage variation from the persuasive documents

in which defendants submitted to the courts.

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION - 31

# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF ALABAMA

### CERTIFICATE OF SERVICE

I, James Watson,  do hereby Certify that a true and correct copy of the foregoing has been furnished by US mail on this 27ᵗʰ day of May, 2026 to:

**Office of the Clerk**
United States District Court
Middle District of Alabama
1 Church Street, Suite B-110
Montgomery, AL 36104-4018

**Forrest Stephen Latta**
Burr & Forman LLP
P.O. Box 2287
Mobile, AL 36652
251-344-5151
Fax: 251-344-9696
Email: forrest.latta@burr.com

**George Reid Calhoun , V**
Ifrah Law PLLC
1717 Pennsylvania Avenue, NW
Suite 650
Washington, DC 20006
202-524-4147
Fax: 202-524-4141
Email: george@ifrahlaw.com

**Katherine Kovalsky**
IFRAH PLLC
1717 Pennsylvania Avenue, NW
Suite 650
Washington, DC 20006
973-570-4108
Email: kkovalsky@ifrahlaw.com

**Kim Conroy**
IFRAH PLLC
1717 Pennsylvania Avenue, NW
Suite 650
Washington, DC 20006
202-524-4140
Fax: 202-524-4141

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION  - 32

**CERTIFICATE OF SERVICE CONTINUED**

**Robert William Ward**
Ifrah PLLC
1717 Pennsylvania Ave NW
Suite 650
Washington, DC 20006
202-524-4159
Fax: 202-524-4141
Email: rward@ifrahlaw.com

**Gerald Palfery Gillespy**
Burr & Forman LLP
420 N 20th St - Ste 3400
Birmingham, AL 35203
205-458-5348
Fax: 205-244-5644
Email: gillespy@burr.com


_____
James Watson, Plaintiff, Pro Se

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION  - 33